NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN F. WALTERS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7193

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3010, Judge Mary J. Schoelen.

---

## ON MOTION

---

## ORDER

John F. Walters moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__JAN 0 5 2012__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Kenneth M. Carpenter, Esq.
     Jacob A. Schunk, Esq.

s21

Issued As A Mandate: ___JAN 0 5 2012___

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 0 5 2012

JAN HORBALY
CLERK